UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

No. 3:03CV936? JCH

| | |
|---|---|
| DIRECTV, INC. <br> Plaintiff, <br><br> v. <br><br> SEAN RICHARDSON <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT'S MOTION TO DISMISS**

**Instead of filing an Answer, Defendant hereby files this Motion to Dismiss:**

Pursuant to Federal Rules of Civil Procedure, Rule 12(b)(5), Defendant hereby moves to dismiss Plaintiff's Complaint for "insufficiency of service of process" because Plaintiff failed to serve the Complaint upon Defendant within "120 days after the filing of the complaint," as required by Federal Rule of Civil Procedure, Rule 4(m). In support of this Motion, Defendant says that:

1. Although Plaintiff filed the complaint on May 27, 2003, Plaintiff did not serve the Complaint upon Defendant until September 26, 2003, which was **122** days after the filing of the complaint.

2. Plaintiff cannot show "good cause" for its failure to comply with Rule 4(m) because:

  A. "Good cause" is a "stringent standard requiring diligen[t] albeit unsuccessful effort to complete service within the period prescribed by the Rule." <u>Davis-Wilson v. Hilton Hotels Corp</u>., 106 F.R.D. 505, 509 (E.D.La. 1985).

  B. Indeed, "the **only** example of good cause provided by the legislative history [of Rule 4(m)] is the obvious one of defendant's evasion of service." <u>Wei v. State</u>, 763 F.2d 370, 371 (9th Cir. 1985) (emphasis added).

  C. Because Defendant did not, in any way, evade – or attempt to evade – service of process, Plaintiff will simply not be able to establish that it made **diligent** effort to effect service within 120 days.

WHEREFORE, Defendant respectfully requests that this Motion be ALLOWED.

           Respectfully submitted,

           *Sean Richardson*
           Sean Richardson, <u>Pro</u> <u>Se</u>
           281 C-3 Gardner Avenue
           New London, CT 06320
           (860) 625-2767

Dated: October 16, 2003

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served by mail on October 16, 2003 upon:

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

_____
Sean Richardson