UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DIRECT TV, INC. | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 3-03-cv-936 (JCH) |
| SEAN RICHARDSON | : | |
| Defendant | : | FEBRUARY 5, 2004 |

**RULING RE: MOTION TO DISMISS [DKT. NO. 5]**

Defendant, Sean Richardson, has filed a Motion to Dismiss the plaintiff's Complaint for failure to serve the defendant within 120 days after filing the Complaint. [Dkt. No. 5]. Based on the representations contained in the plaintiff's opposition thereto [Dkt. No. 6], the court finds good cause for the additional two days required by the plaintiff to effect service upon the defendant.  Accordingly, the court **denies** the Motion to Dismiss, and, related to that, **grants** the plaintiff, nunc pro tunc, two additional days within which to have made service.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 5th day of February, 2004.

/s Janet C. Hall
Janet C. Hall
United States District Judge