UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT (Bridgeport)

| | |
|---|---|
| DIRECTV, INC. | Case No.: 303cv00936 JCH |
| Plaintiff, | PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT |
| vs. | |
| Sean Richardson | |
| Defendant | |

FILED 2004 MAY 12 A 9:42
U.S. DISTRICT COURT
BRIDGEPORT, CT

Plaintiff, DIRECTV, Inc ("DIRECTV"), by and through its undersigned attorney, pursuant to provisions of Rule 55 of the Federal Rules of Civil Procedure, hereby requests the Clerk of this United States District Court to enter a Notice of Default against defendant, Sean Richardson, for his failure to plead in the action brought by DIRECTV as appears from the attached affidavit. Specifically while the Defendant did file a Motion to Dismiss as to the Plaintiff's Complaint in this action, that motion was denied on February 6, 2004. Since that denial the Defendant has failed to answer the subject complaint.

5/11/04
Date

John M. McLaughlin (CT16988)
**Mailing Address for
Requested Service of All Papers**
MCLAUGHLIN SACKS, LLC
31 Trumbull Road
Northampton, MA 01060
(413) 586-0865

Local Address Pursuant to
D. Conn. L. Civ. R. 2(c):
Palumbo, Palumbo & Carrington, P.C.
193 Grand Street
P.O. Box 2518
Waterbury, CT 06732-2518

Page 1

## CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 11 day of May, 2004, a copy of the foregoing Request for the Entry of Default, the Affidavit in Support thereof and a proposed order were mailed first class to:

Sean Richardson
281 C-3 Gardner Ave
New London, CT 06320

John M. McLaughlin, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT (Bridgeport)

| | |
|---|---|
| DIRECTV, Inc. | ) Case No.: 303cv00936 JCH |
| Plaintiff, | ) |
| | ) AFFIDAVIT OF ATTORNEY FOR |
| vs. | ) PLAINTIFF'S REQUEST FOR DEFAULT |
| Sean Richardson | ) |
| Defendant | ) |

Now comes John M. McLaughlin, Attorney for the Plaintiff in the above-entitled action, and, on oath, states the following:

1. On May 27, 2003, the Plaintiff filed a Complaint against the Defendant, Sean Richardson, in United States District Court, alleging violations of 47 U.S.C. § 605 and violations of 18 U.S.C § 2511.

2. On September 26, 2003, the said Defendant was served **in hand**, by a person who is not a party to this action (see copy of Return of Service marked **Exhibit A**, attached hereto, and made a part hereof).

3. Pro Se Defendant filed a Motion to Dismiss in this action on or about October 21, 2003.

4. I filed a lengthy response with a Memorandum of Law in opposition to the Defendant's Motion to Dismiss.

5. On February 5, 2004 this court denied the Motion to Dismiss.

6. Pursuant to the provisions of Rule 12 of the Federal Rules of Civil Procedure, the Defendant had twenty days after the denial of his Motion to Dismiss to serve an answer to Plaintiff's Complaint.

Page 1

7. To date, the Defendant has failed and neglected to file an answer to Plaintiff's Complaint.

8. I have filed herewith a Request for Entry of Default, seeking that a Notice of Default be entered by this Court.

9. I have also filed herewith Form of Order entitled Notice of Default, for the Court's use if it shall determine that the said Defendant is in default.

Subscribed and sworn to, under the pains and penalties of perjury.

5/11/04
Date

Respectfully Submitted for the Plaintiff,
DIRECTV, INC.
By Its Attorney,

John M. McLaughlin (CT16988)
**Mailing Address for
Requested Service of All Papers**
MCLAUGHLIN SACKS, LLC
31 Trumbull Road
Northampton, MA 01060
(413) 586-0865

Local Address Pursuant to
D. Conn. L. Civ. R. 2(c):
Palumbo, Palumbo & Carrington, P.C.
193 Grand Street
P.O. Box 2518
Waterbury, CT 06732-2518

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT (Bridgeport)

| | |
|---|---|
| **DIRECTV, INC.** ) | Case No.: 303cv00936 JCH |
| Plaintiff, ) | **ORDER FOR NOTICE OF REQUEST** |
| ) | **FOR DEFAULT** |
| vs. ) | |
| **Sean Richardson** ) | |
| Defendant ) | |

Upon requests of the Plaintiff for an order of default for failure of the Defendant to plead, as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been DEFAULTED this _____ day of _____, _____.

BY THE COURT

_____
Deputy Clerk

Page     1