UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **DIRECTV, Inc.** | ) | Case No.: **03-CV-936-JCH** |
| Plaintiff, | ) ) ) | **ORDER OF DEFAULT JUDGMENT** |
| vs. | ) ) | |
| **Sean Richardson** Defendant, | ) ) ) ) ) | |

The Court, having considered the Plaintiff's Motion for Default Judgment and the accompanying documentation filed with said motion, finds that the Plaintiff is entitled to a Default Judgment as follows:

1.  $_____ in baseline statutory damages pursuant to Title 47 U.S.C. § 605 (e)(3)(C)(i)(II) or Title 18 U.S.C. § 2520(c)(2)(B) and Connecticut General Statute § 52-564

2.  Costs $_____ pursuant to Title 18 U.S.C. § 2520(b)(3) and /or Title 47 U.S.C. § 605(e)(3)(B)(iii);

3.  The issuance of a permanent injunction pursuant to 47 U.S.C. § 605(e)(3)(B)(i) or 18 U.S.C. § 2520(b)(1). utilizing the following language or language of a similar nature:

    "The Court hereby enjoins the Defendant, the Defendant's respective agents, servants, employees, and any person or entity controlled directly or indirectly by the Defendant or acting on the Defendant's behalf from the further modification and/or use of electronic equipment designed for the unauthorized interception of signal in violation of provisions of Title 47 and/or Title 18; and,

4.  Post-Judgment interest running on the judgment pursuant to 26 U.S.C. § 1961.

Page 1

5. Attorney's fees of $_____ pursuant to Title 18 U.S.C. § 2520(b)(3) and /or Title 47 U.S.C. § 605(e)(3)(B)(iii).

**SO ORDERED.**

Dated: _____    _____
United States District Court Judge