# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DIRECTV, Inc.** ) | CIVIL ACTION NO. 3:03CV-936 (JCH) |
| Plaintiff, ) | |
| ) | |
| vs. ) | MOTION FOR POSTPONEMENT OF |
| ) | DEFAULT JUDGMENT HEARING |
| **Sean Richardson** ) | |
| ) | |
| Defendant ) | |

Now comes the Plaintiff in the above-entitled action, and, moves this court for an order postponing the default judgment hearing presently scheduled for August 20, 2004. As grounds for this motion Plaintiff's Counsel, Attorney John M. McLaughlin, has been in settlement negotiations with Defendant, Sean Richardson.

In further support of this motion the Plaintiff:

1. Offers the affidavit of Attorney John M. McLaughlin;

2. States that the affidavit contains good factual grounds to postpone said hearing;

3. The Defendant fully assents to this motion.

4. Allowing an additional 30 days would benefit settlement negotiations.

---

**Certification pursuant to LR D. Mass 7.1 (A) (2)**
Plaintiff's counsel certifies that he spoke to the Defendant on August 11, 2004.
Defendant fully assents to this motion.

Page 1

Wherefore, the Plaintiff moves this court for a 30-day extension and to postpone the presently scheduled August 20th hearing.

8/12/04
Date

Respectfully submitted for the Plaintiff,
DIRECTV, Inc.
By Its Attorney

John M. McLaughlin (CT16988)
**Mailing Address for Requested Service of All Papers**
MCLAUGHLIN SACKS, LLC
31 Trumbull Road
Northampton, MA 01060
(413) 586-0865

Local Address Pursuant to
D. Conn. L. Civ. R. 2(c):
Palumbo, Palumbo & Carrington, P.C.
193 Grand Street
P.O. Box 2518
Waterbury, CT 06732-2518

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DIRECTV, Inc.** ) | CIVIL ACTION NO. 3:03CV-936 (JCH) |
| Plaintiff, ) | |
| ) | |
| vs. ) | AFFIDAVIT OF JOHN M. |
| ) | MCLAUGHLIN IN SUPPORT OF |
| **Sean Richardson** ) | |
| ) | MOTION FOR POSTPONEMENT OF |
| Defendant ) | DEFAULT JUDGMENT HEARING |

Now comes John M. McLaughlin, Attorney for the Plaintiff in the above-entitled action, and, on oath, states the following:

1. I am presently in settlement negotiations with the Defendant, Sean Richardson.

2. I spoke to the Defendant on August 11, 2004. The Defendant fully assents to this motion.

3. Allowing an additional 30 days would benefit settlement negotiations.

Subscribed and sworn to, under the pains and penalties of perjury, this 11th day of August 2004.

_____
John M. McLaughlin

## CERTIFICATE OF SERVICE

    I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 11th day of August 2004, I served a copy of the foregoing Motion for Postponement of Default Judgment Hearing and the Affidavit of John M. McLaughlin in Support of Motion for Postponement via first-class mailing to:

Sean Richardson
281 Gardner Avenue
C-3
New London, CT 06320

_____
John M. McLaughlin