UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
DIRECTV, INC.

V.                              Case Number:  3:03CV936JCH

SEAN RICHARDSON
```

NOTICE TO COUNSEL
-------------------

The above-entitled case was reported to the Court on September 23, 2004 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on Octpber 22, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut, September 27, 2004.


KEVIN F. ROWE, CLERK

By:  ___/s/Catherine Boroskey___
     Catherine Boroskey
     Deputy Clerk