UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DIRECT TV                                              3:03cv936CH
v

SEAN RICHARDSON

J U D G M E N T

Notice having been sent to counsel of record on September 27, 2004, pursuant to L.R. 41(b) indicating that the above-entitled case would be dismissed if closing papers were not filed on or before October 22, 2004.

It is hereby ORDERED that this action is dismissed, pursuant to Local Rule 41(b), without costs to any party and without prejudice to the right of any party thereto to move within thirty (30) days hereof, upon good cause shown, to reopen the case if the settlement has not been consummated.

Dated at Bridgeport, Connecticut this 22nd day of October, 2004.

KEVIN F. ROWE, Clerk


By:_____
      Deputy Clerk


ENTERED ON DOCKET_____